# Exhibit B

TO THE

# Declaration of Nathan Siegel



**Sign Up**    Join or Log Into Facebook

 **Fakamalo Kihe Eiki** was live — with **Ahokaitunu Okoa** and **Mele Afuhaamango Lowman** at 📍 **Mercy San Juan Medical Center**.
May 16 at 7:30am · Carmichael, CA · 🕐 · 🌐

Let's try pushing baby out... *Again, I didn't mean to make it public, but God works in mysterious ways* I'll keep updating this as I walk through this CPS crap and how they illegally kidnapped my baby less than 48 hours of him being born, without a warrant or a court order.

No drugs in baby or mother. Placenta was also mishandled. I am planning a lawsuit. You can pm me if you would like to help or need help in how to deal with CPS chicken heads.



440K Views
3.3K Likes · 75 Comments · 804 Shares

⬇ ➡ Share

English (US) · **Español** · **Português (Brasil)** · **Français (France)** · **Deutsch**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2016

To see more from Fakamalo Kihe Eiki on Facebook, log in or create an account.

**Sign Up**    **Log In**

**facebook**

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

| Log In | Join |

 **Fakamalo Kihe Eiki** was live — with **Ahokaitunu Okoa** and **Mele Afuhaamango Lowman** at 📍 **Mercy San Juan Medical Center**.
May 16 at 2:38pm · Carmichael, CA ·

Let's try pushing baby out... *Again, I didn't mean to make it public, but God works in mysterious ways* I'll keep updating this as I walk through this CPS crap and how they illegally kidnapped my baby less than 48 hours of him being born, without a warrant or a court order.

No drugs in baby or mother. Placenta was also mishandled. I am planning a lawsuit. You can pm me if you would like to help or need help in how to deal with CPS chicken heads.



Ngangatulelei Hekelesi Afuha'amango

 Share

804 Shares

 **Lini N Neyo Pome'e**
You can do it, PUSSSSH👶👶👶
👍 115 Hide · May 16

2 replies

 **Lisiua Kena Fanaika**
Good luck and God bless.
👍 54 Hide · May 16

 **Michelle McLearen**
She's so brave. Almost there
👍 34 Hide · May 16

 **Michelle McLearen**
Absolutely beautiful.
👍 27 Hide · May 16

 **Fane Umukisia Vatuvei**
Soo beautiful God bless
👍 24 Hide · May 16

Comments

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join






65Hide · May 16



**Jeff Gibbons**
That's so amazing for u both love u guys and may God forever bless u and your family a new life welcome to the world little nephew this brought me to tears with happiness such an awesome day

Edited · 21Hide · May 16



**Ofa Fatafehi**
Man she is strong!!!

22Hide · May 16



**Kalani Hafoka**
That was beautiful! May the Lord bless you and your family.

8Hide · May 17



**Doreen Sandra Afuhaamango-Huse**
A NEW LIFE!!!

GLORY TO THE GREAT GOD OF THE BIBLE, FOR HE IS THE GIVER OF LIFE!!! AND PRAISE GOD FOR JESUS CHRIST FOR HE IS THE SAVIOR FOR ALL MANKIND!!!

This was absolutely a joy to watch, although I wasn't able to be there along with the other gmaz???? Hhhhhhhaaaa, but I sincerely appreciate this video, tears of joy that only GOD brings, and to GOD THE FATHER, AND THE SON AND THE HOLYSPIRIT WE PRAISE YOU!!!

Such a memorable joyous occasion in the LIVES of our family, to welcome this brand new LIFE, and to know we have a duty to pray for his LIFE, and we are commanded to TRAIN him in the way of the BIBLE, so that he grows up, he won't be lead astray!!!

GOD'S LOVE & BLESSINGS BE ABUNDANTLY OURS IN CHRIST JESUS OF THE BIBLE for any other jesus is man's ideas!!!

Can't wait to meet you Babeee NgagatuLelei HeKelesi... Gma Love you heaps!!!

14Hide · May 17

**Doreen Sandra Afuhaamango-Huse**
UncleKali... I came to the breaking point, when you utter those beautiful words of "THANK YOU LORD!!!" Tears of joy and thankfulness overwhelming me, this is a MIRACLE ONLY GOD CAN DO!!!

WE GIVE YOU THE PRAISE GREAT GOD ALMIGHTY OF THE BIBLE!!!

11Hide · May 17

**Doreen Sandra Afuhaamango-Huse**



**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.



Log In

Join


**Fakamalo Kihe Eiki**
I know, i feel embarrassed to even be named Kali, in a good way… More

See all 5 replies


**Lisa Wheeler**
God bless you and yours always!
👍 6 Hide · May 17


**Sally Richardson**
Malie!!! congratulations to your kainga! 'ofa lahi atu!
👍 4 Hide · May 18


**Fakamalo Kihe Eiki**
CPS CAME INTO MY HOSPITAL ROOM LAST NIGHT TO REMOVE MY NEWBORN FROM MY ARMS...

ANOTHER COURT CASE...

They are idiots.... and just because they play with taxpayers money they have an unlimited budget to jack me off



👍 1 Hide · May 18


**Fakamalo Kihe Eiki**
☹ i wish i had an answer... I'm trying to move on… More

See all 2 replies


**Ofa Fatafehi**
What's?????
👍 7 Hide · May 19


**Fakamalo Kihe Eiki**
Bro I'm telling you that this system is so crooked they took my… More





Comments

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join



UncleRaii... I don't understand this WHOLE LIVE streaming video issues, and I don't understand why they take baby away from you, but one thing I know is that GOD SEND HIS RAIN UPON THE JUST AND THE UNJUST!!! In saying that, I am well aware of... BLESSED IS THE MAN WHO DOES NOT WALK IN THE COUNSEL OF THE WICKED, NOR STANDS IN THE WAYS OF SINNERS, NOR SIT AT THE SEATS OF THE MOCKERS!!! BUT HIS DELIGHTS IS IN THE LAW OF THE LORD, AND ON HIS LAW HE MEDITATES DAY AND NIGHT!!!
HE SHALL BE LIKE A TREE PLANTED BY THE STREAMS OF WATER, WHICH YIELDS IT'S FRUITS IN IT'S SEASON, IT'S LEAVES DOES NOT WITHERS...WHATSOEVER HE DOES, PROSPERS!!!
NOT SO THE WICKED, FOR THEY ARE LIKE SHAFTS WHICH THE WINDS BLOWS AWAY, THE WAYS OF THE WICKED WILL PERISH!!!(I'm paraphrasing again!!!)

Clearly, we can see that only 2ways in this world, we have to choose, and I pray that I can extend you my prayers and understanding of GOD'S UNMATCHLESS GRACIOUS GRACE that HE'S blessed me with, I send you and your family in your times of trials and tribulations, be of good courage, because JESUS CHRIST OF THE BIBLE HAS OVERCOME THE WORLD!!!

ABIDE IN CHRIST, DRAW NEAR TO HIM, AND HE WILL DRAW NEAR TO YOU!!! GOD'S PROMISE!!!

I know that not everyone agrees with the contents of this video, however it may find you, I employ your prayers for this family, extend your LOVE and your GRACE with what they're going through, because we are commanded by the GOD OF THE BIBLE THAT WE LOVE OUR NEIGHBOR AS OURSELVES!!!

May you and your little family rest in HIS FAITHFULNESS!!!

Edited · 👍 2Hide · May 21



**Fakamalo Kihe Eiki**
what I know is that I am well rooted... I am so well rooted in the love of Christ that even when I hug my mom, I feel my grandmother, my grandfather, my great uncles and aunts and her brother my uncle... what I can see is a lot of people can preach but very few can walk with the spirit and there is a different work for everyone and we can see where Jesus walked he walked on water and he walked amongst the Council of anybody and stood firm unwavering and perfect...

If we are to be like Christ... you boldly go 2 or more wherever you are gathered IN JESUS NAME GOD IS WITH YOU....

AND I ALWAYS AM 2 OR MORE DEEP WALKING AND PROCLAIMING BOLDLY WHAT MY CHRIST'S SACRIFICE HAS MEANT TO ME

And to me it soothes me because not everyone dreams and not everyone can say their dreams and visions come true. ..

So it's encouraging for me to see God's hands in my life. ..and that my grandma and many people's blessings are upon me. ... and I own that. .. something nobody can ever take away from me

👍 6Hide · May 21

Comments



**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join



ha'auuu video, ko ia oku iai ha no loto??? Ofa mai, Ta'ofi ho'o sioooo!!! Oku pule a koeeeeeee ho fo'i fofonga, pea tuku ae me'a fkmamahi ko e tolo lea!!! Oku ma'ama'a pe lea ia, ko hono ngaue'i ete tololea takai holo??? Oku fu'u mamafa ange ia eeeee hooooooiii!!!

Okapau oku iai hao Loto??? Fai ha'o Ki'i lotu, pea ke Lotua mai Ki'i tamaio'eiki ko eni, he ko e tu'u ko eni, fiema'u ha Ki'i Afuha'amango he WHITE HOUSE!!! Ko e Ki'i tangata ko NGAGATULELEI HEKELESI AFUHA'AMANGO, te ne fkaa'u ae fanga Ki'i lotu mo e hufia ko eni, Oua na'a tau busyyyy he me'a ae kaunga'api, ka ketau busyyyy hono Lotua hotau fanga Ki'i hulihuliiiii...fai ha'o ngaahi ngaue iho taimi, oku ikai to e fai ha foki mai mei fa'itoka!!!
"TIME IS OF THE ESSENCE"

MALOSISUHO'O'OFAAA!!!

Edited · 👍 2 Hide · May 22

2 replies



**Fakamalo Kihe Eiki**
Everything is okay with that and all... but you can see how the White Knight is played throughout the system and I have undercover video to prove that this guy did not have not even one court order to take my son my newborn son how dare he he invaded Sovereign treaty and he invaded Sovereign rights over mother and father... in all honesty we are citizens of the heaven and we ought to act like it

👍 2 Hide · May 22



**Peggy Morales**
Be lucky you weren't pointing that camera at the exit area!

👍 1 Hide · Jun 8



**Fakamalo Kihe Eiki**
I wouldn't have done that... my own mom would have slapped me... I've been raised by at least 4 different good mothers and many good men.... I'm Polynesian... to think we didn't have midwives and waterbirths before people were colonizing our islands is an understatement. And in our culture we used to really celebrate birth, as a thing of the community... those that are cultureless shove their privacy policies down our throats without acknowledging who we are. The pacific islanders. The ones America stole hawaii from, and colonized it to wage wars and scam our polynesian people with tourism, fill our lands with jobs of wind chasing, when our lands have always been self sustaining... now we have hotels covering hawaii and a bunch of people saying aloha throwing trash everywhere raising prices on the native island man...

👍 3 Hide · Jun 8



**Bambi M. Reece Phillips**
BEAUTIFULLY-CRAFTED WELL DONE MOM & DAD--BABY U WERE THE BIGGEST STAR! SPECIAL DELIVERY...HEAVEN SENT!!! 😇

👍 3 Hide · Jun 13

**Fakamalo Kihe Eiki**






**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join



**Belle Summer**
Best live video on youtube! Congrats!
👍 1 Hide · Jun 17

 **Fakamalo Kihe Eiki**
The baby and mom are the true stars...
I just got to witness a… More

See all 2 replies



**Jami Schmidt**
I need help. My son's father kidnapped baby boy in 2013. I've not seen my baby since. Noone wants to help me.
👍 2 Hide · Jun 17



**Fakamalo Kihe Eiki**
Pm me info...
Hide · Jun 17



**Rebecca Odiomivida Bales**
Veronica Belle Sundquist at the end when she's pushing she's acting like it don't even hurt what they give her oml I need that in Feb
👍 5 Hide · Jun 17

4 replies



**Monica Cabral**
Olá, li no jornal "o Globo" aqui no Brasil a seguinte manchete: "Homem mostra parto do filho ao vivo no Facebook sem a mulher saber", quero que saiba que jamais assisti a um vídeo tão delicado. Parabéns à família!!!



👍 1 Hide · Jul 1



**Fakamalo Kihe Eiki**
Ty Monica Cabral... you are awesome and i thank you for seeing the love.
👍 1 Hide · Jul 1

1 reply



**Carl Bowman**

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

[Log In]

[Join]



...ayed ... If



...ng to ...ese ...is guy put us through

Hide · Jul 3



**Robert Cornue**
Ah, the miracle of life! Congraulations!!!
👍 1 Hide · Jul 4

**Robert Cornue**
Your baby should have a nice college fund after you sue the government for this intrusion.
👍 1 Hide · Jul 4



**Fakamalo Kihe Eiki**
I am hoping for him to be brought back to us soon... its so hard to get back to normal life with so much emotional turmoil being thrown upon us for lies... and even if they had a problem with me, i told them ill live somewhere else so my lady can raise our baby, give me a fair trial... why all this pain...
Hide · Jul 4

**Fakamalo Kihe Eiki**
Ty 4 congrats btw Robert Cornue... and ty Carl Bowman 4 the understanding... I'm not sure how any family could go through CPS and not get a fair trial and lose their children to foster care providers...

They are putting 5 pound newborn clothes and diapers on a nearlly 20 pound baby... its now over a month since our newborn was taken and nearly a year since this idiot caused a fire at my residence while i was sleeping with the my 2 older children ... this has been our worse nightmare and it is highly demoralizing... i work hard in my community to help solve problems and i dont appreciate such hypocrisy landing me in the pits of earthly hell lacking the fire

Edited · 👍 1 Hide · Jul 4



**Fakamalo Kihe Eiki**
Ikai teu lava au 'o fk'longolongo ko e ai ke ha... ko eku tangi kihe Otua... Oku ke pehe ko e oku ikai ke lau ae Otua 'a facebook... oku hala ho'o ma'u, Oku ilo lelei ae Otua eku fk'kaukau ki mu'a eku tohi he facebook... ko e talu eni mahina e 9 eku lava 'o mohe lelei...

Pea hu mai ae ki'i kota ko eni ki tu'a 'o lau takai holo nau kau kihe ene laupisi...

ko e cps oku osi tonu ke sue ka ko e me'a ko e hala pa'anga... ko eku laupisi he oku ou ilo lelei oku iai ae kau palangi tenau tokoni... oku nau ilo lelei pe ae hu hala ae kau pilitania mo enau ngahi founga...

kapau nau ma'u ae fu'u taha mano ko e oku fie ma'u ae lawyer keu kamata ae sue kinautolu, nau osi longo au... ka oku ou ha'u meihe famili masiva, pea,ko e me'a pe oku mau ma'u, ko e ofa... ka teu taimi'i pe he oku pau e pau ae kau palangi oku nau loto lelei.

Edited · Hide · Jul 4




**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join



See all 2 replies


**Amanda John**
She is doin very well
👍 1 Hide · Jul 9


**Amanda John**
Well done mama
👍 1 Hide · Jul 9


**Amanda John**
I am so blessed this will be me in 7 months for my 3ed blessing from the lord
👍 1 Hide · Jul 9


**Fakamalo Kihe Eiki**
God is good and we wish you a healthy baby... Any names planned?
Hide · Jul 9


**Vikatolia Va'e Chenghui**
i don't get it you are busy filming your wife's pushing????? and the baby's born????
👍 1 Hide · Jul 9

1 reply


**Vikatolia Va'e Chenghui**
ok then
Hide · Jul 9


**Fakamalo Kihe Eiki**
Vikatolia Va'e Chenghui, not sure what part you don't get... lol What knowledge are you trying to 'get' ?
Hide · Jul 9

**Vikatolia Va'e Chenghui**

Comments



**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join



...ot it, wondering... I film without your blessing needed, if you want to troll like a troll, troll around someone you can influence. 🙂

Hide · Jul 10



**Vikatolia Va'e Chenghui**
Fakamalo your name should match your language.. unfortunately i am trying to sort out why are you so in denyingggg????? is it that bad?????? and for the laupisi part, a tongan woman knows when is to laupisi and when not to!!! this time round i think the laupisi part comes here from you !!!

Edited · Hide · Jul 10



**Fakamalo Kihe Eiki**
I don't understand what your problem is? All of my family loved to see my son born, and i was respectful about it... my lady approved of it, i just didnt know i did it live to the world, my bad... but what part of this don't you get? I have been dealing with CPS since October and I am missing my children and I was cherishing this blessing that was coming from a very stressful situation for me and I wanted my family to enjoy my brief moment of happiness during a very difficult time for me.... what do you want? A journal? Go read all of my crap even before October.... i have never been ratchet...

👍 1 Hide · Jul 10



**Vikatolia Va'e Chenghui**
Fakamalo Kihe Eiki if its ok with your mrs case close!!

Hide · Jul 10

4 replies



**Fakamalo Kihe Eiki**
If she wasn't okay with it, i would have taken it down the moment she said to do so... i am very respectful... my mothers taught me better

👍 1 Hide · Jul 10



**Vikatolia Va'e Chenghui**
yahh your mother taught you well

Hide · Jul 10



**Fakamalo Kihe Eiki**
its okay mama tolini... You know you guys taught me to forgive ....

See all 3 replies



**Trina Tyler**
thank you for sharing your beautiful moment with us all God bless you and your family

👍 2 Hide · Jul 11



**Fakamalo Kihe Eiki**
Love it, did you guys go fishing? I am very blessed and... More

Comments

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join


**Naemi Minigris Wikstrom**
Turbold Batbayar
Hide · Jul 25


**Margoth Maria Mendoza Luque**
Oh my good
👍 1 Hide · Jul 31

**Natasja de Vries**
That woman was brave! 👍👍👍 But the father could show more affection in stead of filming..... ☐ Whish them all the best ❤
Edited · Hide · Aug 17


**Pascal Martial Banga**
Tres emouvant
👍 1 Hide · Aug 21


**Riennadz Aquino**
shhh
Hide · Aug 26


**Riennadz Aquino**
ouch
Hide · Aug 26

**Brian Howard**
Beautiful.
Hide · Sep 25

**Mohammad Raziuddin**



Hide · Sep 28

**Mohammad Raziuddin**

Comments

**Fakamalo Kihe Eiki is on Facebook.** To connect with Fakamalo, join Facebook today.

Log In

Join

**Flore Nsuka**



Hide · Oct 24

**Cassandra Addison**
im not looking forward to this to happen to me lol
Hide · Nov 5