# Exhibit D

TO THE

## Declaration of Nathan Siegel

This exhibit is an audio/visual file that cannot be electronically filed, a copy of which will be provided to the Court and all counsel of record.