January 10, 2017

**<u>VIA ECF</u>**

Honorable Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     ***Kali Kanongataa v. American Broadcasting Companies, Inc et al. (1:16-cv-07382-LAK)***

Dear Judge Kaplan,

We represent Plaintiff Kali Kanongataa, in the above in captioned case. Defendants have yet to produce their initial disclosures. We respectfully request the Court to compel Defendants to produce their initial disclosures.

Thank you for your consideration.

                                                         Respectfully Submitted,

                                                         /s/Richard Liebowitz
                                                         Richard Liebowitz
                                                         Liebowitz Law Firm, PLLC
                                                         11 Sunrise Plaza, Suite 305
                                                         Valley Stream, New York 11580
                                                         Tele: 516-233-1660
                                                         RL@LiebowitzLawFirm.com