**MEMO ENDORSED**

BY ECF

January 30, 2017

Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 31 20

Re:   *Kanongataa v. ABC/Yahoo, Kanongataa v. NBCUniversal, Kanongataa v. COED*
      Docket No. 1:16-cv-7382, -7383, -7472(LAK)

Dear Judge Kaplan,

We represent the Plaintiff Kali Kanongataa in the three related cases referenced above. We write to respectfully ask permission to file a sur-reply on a pending motion in all three cases. The Defendants have filed a pre-answer motion to dismiss based on alleged fair use. They seek a drastic relief based on a fact-sensitive inquiry without much a record to draw upon. In their respective replies, the Plaintiff's position is mischaracterized, misconstrued and the Defendants rely on caselaw not previously found in their motion papers. The Plaintiff deserves the opportunity to respond to these replies. We respectfully request the Court's leave to file a sur-reply to adequately and fully brief the motion. We appreciate Your Honor's attention and consideration.

Dated: January 30, 2017

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard Liebowitz
    Yekaterina Tsyvkin
    11 Sunrise Plaza, Suite 305
    Valley Stream, New York 11580
    Tele: 516-233-1660
    RL@LiebowitzLawFirm.com

*Attorneys for Kali Kanongataa*

---

*The motion to file a surreply is denied. The Court will hear oral argument on 2/15/17 at 9:30 a.m.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
1/31/17