UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KALI KONANGATAA,

               Plaintiff,

          -against-                            16-cv-7382 (LAK)

AMERICAN BROADCASTING COMPANIES, INC., et ano.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KALI KONANGATAA,

               Plaintiff,

          -against-                            16-cv-7383 (LAK)

NBC UNIVERSAL MEDIA, LLC,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KALI KONANGATAA,

               Plaintiff,

          -against-                            16-cv-7472 (LAK)

COED MEDIA GROUP, LLC,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Substantially for the reasons stated on the record in open court this day, the pending motions to dismiss the complaints and, in one instance, the amended complaint all are granted.  The Clerk shall enter judgment and close the cases.

        SO ORDERED.

Dated:        February 15, 2017

                                          Lewis A. Kaplan
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-15-17