USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KALI KONANGATAA,

                Plaintiff,

      -against-

AMERICAN BROADCASTING COMPANIES,
INC., et ano.,

                Defendants.
------------------------------------------------------------X
KALI KONANGATAA,

                Plaintiff,

      -against-

NBC UNIVERSAL MEDIA, LLC,

                Defendant.
------------------------------------------------------------X
KALI KONANGATAA,

                Plaintiff,

      -against-

COED MEDIA GROUP, LLC,

                Defendants.
------------------------------------------------------------X

16 **CIVIL** 7382 (LAK)

16 **CIVIL** 7383 (LAK)

16 **CIVIL** 7472 (LAK)

**JUDGMENT**

      Whereas this action having come before the Court, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on February 15, 2017, having rendered its Order and substantially for the reasons stated on the record in open court this day, the Court is granting the motions to dismiss the complaints and, in one instance, the amended complaint; and directing the Clerk to enter judgment and close the cases, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Order dated February 15, 2017, the motions to dismiss the complaints and, in one instance, the amended complaint all are granted; accordingly, the cases are closed.

**Dated:** New York, New York
February 15, 2017

RUBY J. KRAJICK
_____
Clerk of Court

BY:    _X. Mango_____
Deputy Clerk
