# EXHIBIT A

 **Fakamalo Kihe Eiki** was live — with Ahokaitunu Okoa and Mele Afuhaamango Lowman at 📍 Mercy San Juan Medical Center
May 16 at 10:30am · Carmichael, CA

Let's try pushing baby out... *Again, I didn't mean to make it public, but God works in mysterious ways* I'll keep updating this as I walk through this CPS crap and how they illegally kidnapped my baby less than 48 hours of him being born, without a warrant or a court order.

No drugs in baby or mother. Placenta was also mishandled. I am planning a lawsuit. You can pm me if you would like to help or need help in how to deal with CPS chicken heads.



442K Views

 Like     Comment    ➔ Share

 Write a comment

 **Cassandra Addison** 36 14 im not looking forward to this to happen to me lol
Like · Reply · November 5 at 5:06pm

 **Flore Nsuka** 0:00



Like · Reply · October 24 at 10:39am

 **Mohammad Raziuddin** 0:00



Like · Reply · September 28 at 2:54pm

 **Mohammad Raziuddin** 0:00



Like · Reply · September 28 at 2:54pm

 **Pascal Martial Banga** Tres emouvant
See Translation
Like  Reply  1  August 24 at 6:28pm

 **Natasja de Vries** That woman was brave! 👍👍👍 But the father could show more affection in stead of filming..... 😷 Whish them all the best ❤
Like  Reply  August 17 at 3:47am · Edited

 **Margoth Maria Mendoza Luque** Oh my good
Like  Reply  1  July 11 at 1:31am

 **Naemi Minigris Wikström** Turbold Batbayar
Like  Reply  July 25 at 5:31am

 **Nat Pukkanun**



Like  Reply  July 25 at 3:09am

 **Vikatolia Va'e Chenghui** Fakamalo Kihe Eiki if its ok with your mrs case close!!
Like  Reply  July 10 at 2:43pm

↳  Vikatolia Va'e Chenghui replied · 4 Replies  July 12 at 7:55am

 **Trina Tyler** thank you for sharing your beautiful moment with us all God bless you and your family
Like  Reply  2  July 11 at 1:27pm

 **Fakamalo Kihe Eiki** Tyvm for your blessings... God bless your family! God is good for sure...



Like  Reply  1  July 11 at 1:38pm

 **Trina Tyler** AMEN yes HE is and here is my gift from God my daughter Ava she has autism but would not trade her for the world and



Like  Reply  👍1  July 11 at 1:41pm

**Fakamalo Kihe Eiki** Love it, did you guys go fishing? I am very blessed and fortunate to have three wonderful children and an adopted child overseas... to be able to share life's journey with your own flesh and blood is a wonderful thing...
Like  Reply  👍1  July 11 at 1:44pm

**Trina Tyler** yes we did last month didn't get any fish but it was a great day none the less
Like  Reply  July 11 at 1:45pm

**Fakamalo Kihe Eiki** A great day is better than a bad day any day... let me know when we can hitch a ride on the lake one day and catch some big ones lol. ... love fishing... my uncles are some of the best free divers and spear fishers in the islands... me, I'm americanized, but I'm not that bad lol
Like  Reply  👍1  July 11 at 1:49pm

**Trina Tyler** you bet 😃
Like  Reply  July 11 at 1:55pm


Write a reply...

**Fakamalo Kihe Eiki** 0:00 CPS CAME INTO MY HOSPITAL ROOM LAST NIGHT TO REMOVE MY NEWBORN FROM MY ARMS...

ANOTHER COURT CASE...... See More



ANOTHER COURT CASE...... See More



Like   Reply   1   May 18 at 5:73pm

**Joana Montaño Leon**   WHYYYY????
Like   Reply   July 11 at 12:22pm

**Fakamalo Kihe Eiki**   😢 i wish i had an answer... I'm trying to move on with my children and its been the hardest thing I've ever dealt with... cps has literally falsified everything in its reports...
Like   Reply   July 11 at 12:24pm

Write a reply...

**Amanda John**   18:46 My first came out 3 min after my water broke was quick
Like   Reply   2   July 8 at 10:43pm

**Fakamalo Kihe Eiki**   Thats fast girl... lol



Like   Reply   July 11 at 1:13am

↳ View more replies

**Ahokaitunu Okoa**   0:34 NGANGATU-LELEI HE KELESI
AFUHA'AMANGO,Foki mai anepo sio ki he alu ae taimi,tu'u ke ma'u Kali he 'oku kamata ae melie,'ofa atu ki si'o fofonga moe mulu 'oku fai he'e Otua ki he

 **Ahokaitunu Okoa** 0:34 NGANGATU-LELEI HE KELESI AFUHA'AMANGO,Foki mai anepo sio ki he alu ae taimi,tu'u ke ma'u Kali he 'oku kamata ae melie,'ofa atu ki si'o fofonga moe mulu 'oku fai he'e Otua ki he etau moui,ofa atu.

Like · Reply · 👍 14 · May 17 at 4:25pm

↳ View 3 more replies

 **Fakamalo Kihe Eiki** I know, i feel embarrassed to even be named Kali, in a good way i mean... my uncle shoes can never be replaced as well as my grandmother and many other people are just irreplaceable...

I'm very fortunate to be named after such an amazing guy...
Like · Reply · July 10 at 10:19pm

 **Fakamalo Kihe Eiki** I have been dealing with cps, and the atrocities that they have committed against my son are significant... i have been a good father to my children... i can't believe they would take our newborn straight from the hospital, less than 48 hours after we ... See More



Like · Reply · July 11 at 1:12am

 Write a reply

 **Vikatolia Va'e Chenghui** 0:00 yahh your mother taught you well


**Vikatolia Va'e Chenghui** 0:00 yahh your mother taught you well
Like  Reply  July 10 at 3:50pm

↳ View 1 more reply


**Fakamalo Kihe Eiki**  its okay mama tolini... You know you guys taught me to forgive ....
Like  Reply  July 10 at 4:51pm


**Doreen Sandra Afuhaamango-Huse**  Hhhhhhhaaaa... Laupisi he ta'e'ilo'i???????????????

It is of great IMPORTANCE that we know what to say, where to say, how to say, and to whom it is say to!!!... See More
Like  Reply  July 10 at 7:26pm · Edited




Write a reply...


**Vikatolia Va'e Chenghui**  40:00 i don't get it you are busy filming your wife's pushing????? and the baby's born????
Like  Reply  ❤ 1  July 9 at 7:32am


**Doreen Sandra Afuhaamango-Huse**  Yessssssss, you got it!!! So.... What's your ISSUES???
Like  Reply  July 10 at 4:56pm



Write a reply...


**Vikatolia Va'e Chenghui**  0:00 the push part??? while she's in labour you're busying filming her??? she's ok with that???? ok then I got it, she'not tongan!! no wonder... happy filming 😃
Like  Reply  July 10 at 7:41am

↳ View previous replies


**Fakamalo Kihe Eiki**  Vikatolia Va'e Chenghui but if she is okay with it, don't you have other things to concern yourself with? Lol
Like  Reply  July 10 at 2:50pm

↳ View more replies


**Fakamalo Kihe Eiki**  0:00 If she wasn't okay with it, i would have taken it down the moment she said to do so... i am very respectful... my mothers taught me better
Like  Reply  ❤ 1  July 10 at 2:52pm


**Fakamalo Kihe Eiki**  0:00 I don't understand what your problem is? All of my family loved to see my son born, and i was respectful about it... my lady approved of it, i just didnt know i did it live to the world, my bad... but what part of this don't you get? I have been dealin... See More
Like  Reply  ❤ 1  July 10 at 2:39pm


**Vikatolia Va'e Chenghui**  0:00 Fakamalo your name should match your language.. unfortunately i am trying to sort out why are you so in denyinggggg?????? is it that bad?????? and for the launisi part, a tongan woman


**Fakamalo Kihe Eiki** 0:00 Heh, no, she's not laupisi tongan woman that would hit me Vikatolia Va'e Chenghui, if this is what you are wondering... i film without your blessing needed, if you want to troll like a troll, troll around someone you can influence. 🙂
Like   Reply   July 10 at 10:08am


**Fakamalo Kihe Eiki** 0:00 Vikatolia Va'e Chenghui, not sure what part you don't get... lol What knowledge are you trying to 'get' ?
Like   Reply   July 9 at 11:51am


**Vikatolia Va'e Chenghui** 40:15 ok then
Like · Reply   July 9 at 7:32am


**Fakamalo Kihe Eiki** 0:00 God is good and we wish you a healthy baby... Any names planned?
Like · Reply   July 8 at 11:09pm


**Amanda John** 41:36 I am so blessed this will be me in 7 months for my 3ed blessing from the lord
Like   Reply   👍 1   July 8 at 11:07pm


**Amanda John** 38:09 Well done mama
Like   Reply   👍 1   July 8 at 11:02pm


**Amanda John** 35:22 She is doin very well
Like   Reply   👍 1   July 8 at 10:59pm


**Amanda John** 16:52 U poor gurl being in labour that long
Like   Reply   July 8 at 10:40pm


**Fakamalo Kihe Eiki** 0:00 Ikai teu lava au 'o fk'longolongo ko e ai ke ha... ko eku tangi kihe Otua... Oku ke pehe ko e oku ikai ke lau ae Otua 'a facebook... oku hala ho'o ma'u, Oku ilo lelei ae Otua eku fk'kaukau ki mu'a eku tohi he facebook... ko e talu eni mahina e 9 eku la... See More
Like   Reply   July 4 at 7:57pm · Edited


**Fakamalo Kihe Eiki** 0:00 Ty 4 congrats btw Robert Cornue... and ty Carl Bowman 4 the understanding... I'm not sure how any family could go through CPS and not get a fair trial and lose their children to foster care providers...

They are putting 5 pound newborn clothes and dia... See More
Like   Reply   👍 1   July 4 at 7:44pm · Edited


**Fakamalo Kihe Eiki** 0:00 I am hoping for him to be brought back to us soon... its so hard to get back to normal life with so much emotional turmoil being thrown upon us for lies... and even if they had a problem with me, i told them ill live somewhere else so my lady can raise our baby, give me a fair trial... why all this pain...
Like · Reply   July 4 at 5:56pm

**Robert Cornue** 45:35 Your baby should have a nice college fund after you sue the government for this intrusion.
Like   Reply   👍 1   July 4 at 5:30pm


**Robert Cornue** 45 35 Ah, the miracle of life! Congraulations!!!
Like · Reply · 👍 1 · July 4 at 5:35pm


**Fakamalo Kihe Eiki** 0:00 That would help... i can't believe they did this to us, let alone a newborn mother... it's so frustrating trying to move on and move forward and get on with our lives when we are so busy just trying to make it to all these things that they have us going through, its almost impossible for me to do get any job now with what this guy put us through
Like · Reply · July 3 at 7:43pm


**Carl Bowman** 0:00 I got here through a link on a news site. Pardon my intrusion but after reading CPS took your bAby I stayed to watch the film clip until the end. The CPS people are idiots. They ignore a situation when a child is in danger and ignore it when they aren't. There was nothing vulgar or rude in your video. It was beautiful. If you need help with a defense fund let me know and I will put some together.
Like · Reply · 👍 3 · July 3 at 7:38pm


**Fakamalo Kihe Eiki** 0:00 Ty Monica Cabral... you are awesome and i thank you for seeing the love.
Like · Reply · 👍 1 · July 1 at 11:13am

↳  Monica Cabral replied · 1 Reply


**Monica Cabral** 37:08 Olá, li no jornal "o Globo" aqui no Brasil a seguinte manchete: "Homem mostra parto do filho ao vivo no Facebook sem a mulher saber", quero que saiba que jamais assisti a um vídeo tão delicado. Parabéns à família!!!
See Translation



Like · Reply · 👍 1 · July 1 at 10:51am


**Rebecca N Colton Davis** 0:00 Veronica Belle Sundquist at the end when she's pushing she's acting like it don't even hurt what they give her oml I need that in Feb
Like · Reply · 👍 5 · June 17 at 5:00pm

↳  Veronica Belle Sundquist replied · 4 Replies · June 17 at 7:03pm


**Fakamalo Kihe Eiki** 0:00 Pm me info...
Like · Reply · June 17 at 11:25am


**Jami Schmidt** 0:00 I need help. My son's father kidnapped baby boy in 2013. I've not seen my baby since. Noone wants to help me.
Like · Reply · 👍 2 · June 17 at 10:28am


**Belle Summer** 43 24 Best live video on youtube! Congrats!
Like · Reply · 👍 1 · June 16 at 10:43pm

 **Fakamalo Kihe Eiki** The baby and mom are the true stars...

Like Reply 2 June 17 at 10:28am

 **Belle Summer** Best live video on youtube! Congrats!
Like Reply 1 June 16 at 10:43pm

 **Fakamalo Kihe Eiki** The baby and mom are the true stars... I just got to witness a blessing...

Especially before court... lol
Like Reply June 16 at 10:46pm

 **Belle Summer** Fakamalo Kihe Eiki I hope CPS does the right thing and gives the baby back.
Like Reply June 16 at 11:12pm

 Write a reply... 

 **Fakamalo Kihe Eiki** 0:00 I wouldn't wish this on anyone
Like Reply June 14 at 10:24pm

 **Tomek Thomas Kar** 23:14 So sad and Overwhelming.
Like Reply 3 June 14 at 10:02pm

 **Bambi M. Reece Phillips** 23:13 BEAUTIFULLY-CRAFTED WELL DONE MOM & DAD--BABY U WERE THE BIGGEST STAR! SPECIAL DELIVERY...HEAVEN SENT!!! 😇
Like Reply 3 June 12 at 11:18pm

 **Fakamalo Kihe Eiki** Thank you Bambi M. Reece Phillips, you see our celebration and I am honoured to have shared it with you all... people will say lies about me being domestically violent but that is beyond false... and i really thank you for seeing my son... he's amazing.
Like Reply June 12 at 11:36pm

 **Doreen Sandra Afuhaamango-Huse** 0:00 UncleKali... I don't understand this WHOLE LIVE streaming video issues, and I don't understand why they take baby away from you, but one thing I know is that GOD SEND HIS RAIN UPON THE JUST AND THE UNJUST!!! In saying that, I am well aware of... BLESSE... See More
Like Reply 2 May 21 at 2:51pm Edited

 **Fakamalo Kihe Eiki** 0:00 I wouldn't have done that... my own mom would have slapped me... I've been raised by at least 4 different good mothers and many good men.... I'm Polynesian... to think we didn't have midwives and waterbirths before people were colonizing our islands is... See More
Like Reply 3 June 8 at 11:55am

 **Peggy Morales** 0:00 Be lucky you weren't pointing that camera at the exit area!
Like Reply 1 June 8 at 6:49am

 **Doreen Sandra Afuhaamango-Huse** 0:00 Ouaaaaaa na'a ke tokanga ki ha fa'ahinga 'uhingaaa ha'a Kakai, ko hono mo'oni, oku fai lotoma'a pe ha'auuu video, ko ia oku iai ha no loto??? Ofa mai, Ta'ofi ho'o sioooo!!! Oku pule a koeeeeeeee ho fo'i fofonga, pea tuku ae me'a fkmamahi ko e tolo lea!... See More
Like Reply 2 May 21 at 11:20pm Edited

↳  Doreen Sandra Afuhaamango-Huse replied · 2 Replies · May 28 at 12:28am

 **Fakamalo Kihe Eiki** 0:00 I wouldn't have done that... my own mom would have slapped me... I've been raised by at least 4 different good mothers and many good men.... I'm Polynesian... to think we didn't have midwives and waterbirths before people were colonizing our islands is an understatement. And in our culture we used to really celebrate birth, as a thing of the community... those that are cultureless shove their privacy policies down our throats without acknowledging who we are. The pacific islanders. The ones America stole hawaii from, and colonized it to wage wars and scam our polynesian people with tourism, fill our lands with jobs of wind chasing, when our lands have always been self sustaining... now we have hotels covering hawaii and a bunch of people saying aloha throwing trash everywhere raising prices on the native island man...

Like · Reply · 3 · June 8 at 11:55am

 **Peggy Morales** 0:00 Be lucky you weren't pointing that camera at the exit area!

Like · Reply · 1 · June 8 at 8:49am

 **Doreen Sandra Afuhaamango-Huse** 0:00 Ouaaaaaa na'a ke tokanga ki ha fa'ahinga 'uhingaaa ha'a Kakai, ko hono mo'oni, oku fai lotoma'a pe ha'auuu video, ko ia oku iai ha no loto??? Ofa mai, Ta'ofi ho'o sioooo!!! Oku pule a koeeeeeeee ho fo'i fofonga, pea tuku ae me'a fkmamahi ko e tolo leal... See More

Like · Reply · 2 · May 21 at 11:20pm · Edited

 **Fine Moala** Amen..amen.fkfetai.kiheeiki
Like · Reply · 1 · May 27 at 6:22pm

 **Doreen Sandra Afuhaamango-Huse**



Like Reply · 1 · May 28 at 12:26am


  

 **Fakamalo Kihe Eiki** 0:00 Everything is okay with that and all... but you can see how the White Knight is played throughout the system and I have undercover video to prove that this guy did not have not even one court order to take my son my newborn son how dare he he invaded Sovereign treaty and he invaded Sovereign rights over mother and father... in all honesty we are citizens of the heaven and we ought to act like it

Like · Reply · 2 · May 21 at 11:02pm

 **Doreen Sandra Afuhaamango-Huse** 0:00



Like · Reply · 1 · May 21 at 3:03pm

 **Fakamalo Kihe Eiki** 0:00 what I know is that I am well rooted... I am so well rooted in the love of Christ that even when I hug my mom, I feel my grandmother, my grandfather, my great uncles and aunts and her brother my uncle... what I can see is a lot of people can preach but very few can walk with the spirit and there is a different work for everyone and we can see where Jesus walked he walked on water and he walked amongst the Council of anybody and stood firm unwavering and perfect...

If we are to be like Christ... you boldly go 2 or more wherever you are gathered IN JESUS NAME GOD IS WITH YOU....

AND I ALWAYS AM 2 OR MORE DEEP WALKING AND PROCLAIMING BOLDLY WHAT MY CHRIST'S SACRIFICE HAS MEANT TO ME

And to me it soothes me because not everyone dreams and not everyone can say their dreams and visions come true. ..

So it's encouraging for me to see God's hands in my life. ..and that my grandma and many people's blessings are upon me. ... and I own that. .. something nobody can ever take away from me

Like · Reply · 6 · May 21 at 2:33pm

 **Hughbert Niutupuivaha** 0:00 Sio Ana
Like · Reply · 1 · May 20 at 12:12pm

 **Ofa Fatafehi** 0:00 What's?????
Like · Reply · 7 · May 19 at 5:30am

 **Fakamalo Kihe Eiki** Bro I'm telling you that this system is so crooked they took my newborn baby from me from the hospital
Like · Reply · 1 · May 19 at 6:36am

 **Doreen Sandra Afuhaamango-Huse** 0:00 We give GLORY AND HONOR TO GOD ALMIGHTY OF THE BIBLE FOR GREAT IS HIS FAITHFULNESS UPON HIS CHILDREN FROM GENERATIONS TO GENERATIONS... THOU ART GOD!!!

Like · Reply · 7 · May 19 at 6:22am

 **Sally Richardson** 41:23 Malie!!! congratulations to your kainga! 'ofa lahi atu!
Like · Reply · 4 · May 18 at 6:17pm

 **Lisa Wheeler** 0:00 God bless you and yours always!
Like · Reply · 6 · May 17 at 7:17pm

 **Doreen Sandra Afuhaamango-Huse** 0:00 Hhhhhhhaaaa I want to be POLITICALLY CORRECT when I thank my GOD, HE IS THE ALMIGHTY GOD OF THE BIBLE!!! WHEN I THANK JESUS CHRIST, THE JESUS CHRIST OF THE BIBLE!!!

Too many made up jesus out there, and I only want the TRUTH IN CHRIST JESUS OF THE BIBLE!!!

Like · Reply · 6 · May 17 at 9:28pm   Edited

 PRO that you are, right beautiful Niecey eeeeee???

Hugs and kisses!!!

Like · Reply · 👍 1 · May 17 at 1:40pm

 **Lini N Neyo Pome'e** lol😂😂 thanks aunty, love you too Doreen Sandra Afuhaamango-Huse 💋💋

Like · Reply · May 17 at 1:53pm

 Write a reply... 

 **Doreen Sandra Afuhaamango-Huse** 0:00 UncleKali... I came to the breaking point, when you utter those beautiful words of "THANK YOU LORD!!!" Tears of joy and thankfulness overwhelming me, this is a MIRACLE ONLY GOD CAN DO!!!

WE GIVE YOU THE PRAISE GREAT GOD ALMIGHTY OF THE BIBLE!!!

Like · Reply · 👍 10 · May 17 at 1:48pm

 **Doreen Sandra Afuhaamango-Huse** 0:00 A NEW LIFE!!!

GLORY TO THE GREAT GOD OF THE BIBLE, FOR HE IS THE GIVER OF LIFE!!! AND PRAISE GOD FOR JESUS CHRIST FOR HE IS THE SAVIOR FOR ALL MANKIND!!!

This was absolutely a joy to watch, although I wasn't able to be there along with the other gmaz???? Hhhhhhhaaaa, but I sincerely appreciate this video, tears of joy that only GOD brings, and to GOD THE FATHER, AND THE SON AND THE HOLYSPIRIT WE PRAISE YOU!!!

Such a memorable joyous occasion in the LIVES of our family, to welcome this brand new LIFE, and to know we have a duty to pray for his LIFE, and we are commanded to TRAIN him in the way of the BIBLE, so that he grows up, he won't be lead astray!!!

GOD'S LOVE & BLESSINGS BE ABUNDANTLY OURS IN CHRIST JESUS OF THE BIBLE for any other jesus is man's ideas!!!

Can't wait to meet you Babeee NgagatuLelei HeKelesi... Gma Love you heaps!!!

Like · Reply · 👍 14 · May 17 at 1:21pm

 **Kalani Hafoka** 46:35 That was beautiful! May the Lord bless you and your family.

Like · Reply · 👍 8 · May 17 at 1:05pm

 **Ofa Fatafehi** 0:00 Man she is strong!!!
Like · Reply · 👍 22 · May 16 at 4:52pm

 **Jeff Gibbons** 0:00 That's so amazing for u both love u guys and may God forever bless u and your family a new life welcome to the world little nephew this brought me to tears with happiness such an awesome day

This was absolutely a joy to watch, although I wasn't able to be there along with the other gmaz???? Hhhhhhhaaaa, but I sincerely appreciate this video, tears of joy that only GOD brings, and to GOD THE FATHER, AND THE SON AND THE HOLYSPIRIT WE PRAISE YOU!!!

Such a memorable joyous occasion in the LIVES of our family, to welcome this brand new LIFE, and to know we have a duty to pray for his LIFE, and we are commanded to TRAIN him in the way of the BIBLE, so that he grows up, he won't be lead astray!!!

GOD'S LOVE & BLESSINGS BE ABUNDANTLY OURS IN CHRIST JESUS OF THE BIBLE for any other jesus is man's ideas!!!

Can't wait to meet you Babeee NgagatuLelei HeKelesi... Gma Love you heaps!!!

Like · Reply · 👍 14 · May 17 at 1:21pm


**Kalani Hafoka** 45:35 That was beautiful! May the Lord bless you and your family.
Like · Reply · 👍 8 · May 17 at 1:05pm


**Ofa Fatafehi** 0:00 Man she is strong!!!
Like · Reply · 👍 22 · May 16 at 4:52pm


**Jeff Gibbons** 0:00 That's so amazing for u both love u guys and may God forever bless u and your family a new life welcome to the world little nephew this brought me to tears with happiness such an awesome day
Like · Reply · 👍 21 · May 16 at 4:09pm · Edited


**Fakamalo Kihe Eiki** 0:00 Thanks guys for enjoying the gift of life with me... lol come celebrate next weekend bbq if in area... 🙂
Like · Reply · 👍 65 · May 16 at 11:49am


**Matthew Rappaport** ✓ 41:16 MAZEL TOV to mom, dad and all family+friends! Thanks for sharing this to the WORLD!
Like · Reply · 👍 39 · May 16 at 11:30am


**Lisiua Kena Fanaika** 41:12 Congratulations! Ofa atu!
Like · Reply · 👍 17 · May 16 at 11:20am


**Fane Umukisia Vatuvei** · 38:00 Soo beautiful God bless
Like · Reply · 👍 24 · May 16 at 11:16am


**Michelle McLearen** · 36:30 Absolutely beautiful.
Like · Reply · 👍 27 · May 16 at 11:15am


**Michelle McLearen** · 34:48 She's so brave. Almost there
Like · Reply · 👍 34 · May 16 at 11:13am


**Lisiua Kena Fanaika** · 33:51 Good luck and God bless.
Like · Reply · 👍 54 · May 16 at 11:12am

Write a comment...