# EXHIBIT C

# BuzzFeed

News  Videos  Quizzes  Tasty  DIY  More ∨   Get Our News App

       

## A Dad Captured The Entire Birth Of His Newborn Son On Facebook Live

"We talk about death every day, so we can talk about life for one day."

posted on May 17, 2016, at 4:09 p.m.



Leticia Miranda
BuzzFeed News Reporter

**Do You Have A Confidential Tip?**
Send It To Us ›

Something unexpected happened on Facebook Live Monday afternoon — a new father live-streamed the birth of his son.



*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

Kali Kanongataa, a 36-year-old father of two — now three — living in Sacramento, California, told BuzzFeed News he was thrilled to learn that he was expecting a child with his partner, Sarah.

### BuzzFeed NEWS

**In The News Today**

- President Trump accused Barack Obama of organizing recent protests against him and leaking information from the White House to the press.

- Education Secretary Betsy DeVos compared historically black colleges and universities to charter schools, spurring criticism of "whitewashing history."

- A second wave of bomb threats sent to Jewish community centers brought the number of locations threatened on Monday to 30.

- PricewaterhouseCoopers fessed up to the Oscars oops that caused "La La Land" to be named best picture instead of "Moonlight."

Download the BuzzFeed News app



Spend 3 Weeks On A
Ship Rescuing Migrants
At Sea

by SimaDiab

Connect With **BuzzFeed** USNews

Like Us On Facebook

Follow Us On Twitter



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

### More News



**Churches Are Readying Homes And Underground Railroads To Hide Immigrants From Deportation Under Trump**



**This Is What It's Like To Spend 3 Weeks On A Ship Rescuing Migrants At Sea**



**Trump's Plans To Obliterate ISIS May Look A Lot Like Obama's Strategy**



**Meet Ian Grillot, The Hero Of The Kansas Bar Shooting**



**The World Is Complicated — Make Sense Of It With The BuzzFeed News Newsletter**



**This Homeless Man Stopped Thousands Of People Becoming HIV-Positive**

*Kali Kanongataa*

A bitter split with his ex-wife meant that he lost custody of the two children he already had, he said. He last saw them three months ago.

"Having my son with [my partner] is refreshing right now in light of my battle to see my two children," he said.

**When his partner went into labor on Monday, Kanongataa wanted to share the moment with his family, which is scattered around California and the world — he has relatives in the Kingdom of Tonga, Samoa, and Fiji. So he geared up Facebook Live.**



*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

With Sarah's consent, he live-streamed the entire ordeal. At first, as most births typically go, things were pretty dull.

**Snap Inc.'s Growth Is Pissing Off Its Neighbors**

**Here's How Barry Jenkins Made Magic With "Moonlight"**

**Tell Us About Your Experience Of Hate Crime And Harassment**

*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

**Uber Women To CEO Travis Kalanick: We Have A Systemic Problem**

More News >

The couple can be heard making small talk and watching TV while they wait between contractions.

"Lord knows my luck," Kanongataa can be heard saying in the first video. "I'll leave and something happens."

**Now Buzzing**

## Things got a little more intense about an hour and a half in...

**This Word Test Will Reveal If You Have A More Creative Or Logical Mind**

**Catch Your Caps With This Magnetic Mounted Bottle Opener**

**You'll Only Understand These 32 Photos If You Went To High School In The '90s**

**Someone Made Pea And Mayonnaise Pizza And People Can't Even Look At It**

**Plan Your Wedding, We'll Give You A Day, Month, And Year**

**"Feud" Season 2 Will Focus On Princess Diana And Prince Charles**

Kali Kanongataa / Via Facebook: PolynesianNonprofit

### Like, really intense…



**All The Best Deals On Amazon Today**

**Ed Sheeran Just Released A Video Of New Track "Eraser" And Fans Have Lost It**

**We Need To Talk About This Bonkers Kellie Leitch Video**

**15 Cute Pieces Of Rain Gear To Make Your Gray Days Brighter**

Kali Kanongataa / Via Facebook: PolynesianNonprofit

Kanongataa said he didn't realize that the live stream was public until about a half hour into recording. But he said he's not one to stop something he's started, so he decided to continue recording.

"It was kind of an opportunity for me to just share it and basically say, 'You guys are here with me,'" he said.

**Kanongataa's final video, which is about 45 minutes long, racked up over 95,000 views and 238 shares. Many of the viewers were not family but people who just happened across it.**

**Brexit Donor Previously Founded Company With Man Connected To Indian Arms Drop**

More Buzz >

Holly Morgan / Via Facebook: PolynesianNonprofit

**Some people weren't quite sure how to react to what they were seeing.**



@screwthechew Via Twitter: @screwthechew

**Other people were totally turned off by it.**

@nuclearcarly Via Twitter: @nuclearcarly

**People were commenting with messages for Sarah in her final moments of labor.**

Case 1:16-cv-01622-LAK   Document 88   Filed 02/01/17   Page 8 of 11



Kali Kanongataa / Via Facebook: PolynesianNonprofit

Kali Kanongataa / Via Facebook: PolynesianNonprofit

**After A LOT of pushing, the couple's son was born.**



*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

**He also got encouraging messages from family, friends, and strangers.**

*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

"There is a lot of nonsense that goes on Facebook," said Kanongataa. "I wanted to remind them that one of the most important blessings in life is the bearing of children and sharing that moment with someone you care about."

*Kali Kanongataa / Via Facebook: PolynesianNonprofit*

Kanongataa said most of the response has been positive, but he understands why some people may have been critical of the live stream.

"I can understand," he said. "There is a lot of TV that shouldn't be on TV and this is something that happens every day. We talk about death every day, so we can talk about life for one day."

Leticia Miranda is a consumer affairs reporter for BuzzFeed News and is based in New York. Contact Leticia Miranda at leticia.miranda@buzzfeed.com.

Got a confidential tip? Submit it here.

More ▼

NEXT ON NEWS›

**This Drawing By A Trans Teen Has Become A Symbol In...**

Tagged: social news, birth, facebook live, live birth

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact       © 2017 BuzzFeed, Inc