Exhibit C



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York,  NY  10023-6298

November 1, 2016                                                                                      Invoice  18686      NES

In Reference To:  00441-077 - Kanongatta

Client:  American Broadcasting

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| ██████ | | ████████████████ | 0.30 610.00/hr | 183.00 |
| 10/17/16 | NES | Revise corporate disclosure statements. | 0.30 645.00/hr | 193.50 |
| ██████ | | ████████████████ ██████ | 0.60 610.00/hr | 366.00 |
| 10/18/16 | SB | Draft notice of appearance of N. Siegel; finalize and file same and corporate disclosure statements of ABC and Yahoo; finalize and submit stipulation extending time to respond to complaint; research and telephone conferences with court clerks regarding same. | 0.50 190.00/hr | 95.00 |
| 10/18/16 | MXB | █████████████ ████ | 1.10 500.00/hr | 550.00 |
| ██████ | | █████████████ ██████ | 0.40 610.00/hr | 244.00 |
| 10/19/16 | NES | Telephone conference with DWT regarding ████ ████ | 0.50 645.00/hr | 322.50 |
| 10/19/16 | MXB | █████████████ █████████████ | 1.50 500.00/hr | 750.00 |

## Levine Sullivan Koch & Schulz, LLP

| | | |
|---|---|---|
| Indira Satyendra, Esq. | | November 1, 2016 |
| I.D. 00441-077 - NES | | Invoice  18686 |
| Re: Kanongatta | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | of same, and research recent fair use case law addressing social media excerpting. | | |
| 10/21/16 | NES | Exchange email with other defense counsel regarding ███████ | 0.20<br>645.00/hr | 129.00 |
| 10/21/16 | MXB | ████████████████████████████ | 1.30<br>500.00/hr | 650.00 |
| ████████ | | ██████████████ | 0.20<br>610.00/hr | 122.00 |
| 10/25/16 | NES | Assess ████████; telephone conference with counsel for other Leibovitz cases regarding █████ | 1.10<br>645.00/hr | 709.50 |
| 10/28/16 | NES | Assess status of ██████████ | 0.20<br>645.00/hr | 129.00 |
| 10/28/16 | RFS | ████████████████████████████<br>██████████████ | 0.80<br>610.00/hr | 488.00 |

| | | |
|---|---|---|
| Subtotal of Charges | | 4,931.50 |
| Discount / 21% Rate Discount - $1035.62; 1% E-billing Discount - $38.96 | | ($1,074.58) |
| **For professional services rendered** | **9.00** | **$3,856.92** |

| | |
|---|---|
| **Total Amount of this Bill** | **$3,856.92** |

| | |
|---|---|
| Previous Balance | $0.00 |
| **Total Amount Due** | **$3,856.92** |

**Levine Sullivan Koch & Schulz, LLP**

Indira Satyendra, Esq.                                                                    November 1, 2016
I.D. 00441-077 - NES                                                                      Invoice 18686
Re: Kanongatta                                                                                  Page 3

### Timekeeper Summary

|                    | Hours | Rate/Hour | Amount    |
|--------------------|-------|-----------|-----------|
| Nathan E. Siegel   | 2.30  | 645.00    | 1,483.50  |
| Scott Bailey       | 0.50  | 190.00    | 95.00     |
| Michael Beylkin    | 3.90  | 500.00    | 1,950.00  |
| Rachel F. Strom    | 2.30  | 610.00    | 1,403.00  |
| **Totals**         | **9.00** |        | **$4,931.50** |

### Billing and Payment Recap

|                      | Fees      | Disbursements | Total    |
|----------------------|-----------|---------------|----------|
| **Inception-to-Date:** |         |               |          |
| Total Billed         | 3,856.92  | 0.00          | 3,856.92 |
| Total Paid           | 0.00      | 0.00          | 0.00     |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

December 1, 2016                                                                 Invoice 19105      NES

In Reference To: 00441-077 - Kanongatta

Client: American Broadcasting

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| ███████ | | ███████████████████████ | 0.30<br>610.00/hr | 183.00 |
| 11/03/16 | NES | Telephone conference with I. Satyendra regarding ████████ ██████ | 0.30<br>645.00/hr | 193.50 |
| ███████ | | ███████████████████████ | 0.10<br>610.00/hr | 61.00 |
| 11/07/16 | NES | Discuss ██████████ w. I. Satyendra. | 0.10<br>645.00/hr | 64.50 |
| ███████ | | ████████████████████ | 0.30<br>610.00/hr | 183.00 |
| 11/10/16 | NES | Telephone conference with I. Satyendra regarding ████████ ██████. | 0.20<br>645.00/hr | 129.00 |
| 11/11/16 | NES | Plan for ███████████ | 0.30<br>645.00/hr | 193.50 |
| 11/14/16 | DRG | Draft motion to dismiss. | 5.90<br>500.00/hr | 2,950.00 |
| 11/14/16 | NES | Formulate strategy ████████████ | 0.60<br>645.00/hr | 387.00 |

**Levine Sullivan Koch & Schulz, LLP**

Indira Satyendra, Esq.                                              December 1, 2016
I.D. 00441-077 - NES                                               Invoice  19105
Re: Kanongatta                                                                Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/15/16 | DRG | Draft motion to dismiss. | 5.70<br>500.00/hr | 2,850.00 |
| 11/16/16 | DRG | Continue to draft motion to dismiss. | 6.10<br>500.00/hr | 3,050.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮ | | 0.60<br>610.00/hr | 366.00 |
| 11/16/16 | NES | Review draft motion to dismiss; exchange email with I. Satyrndra regarding ▮▮▮▮▮▮▮; review consolidation notices for other cases and exchange email with other media's counsel regarding ▮▮▮ | 1.60<br>645.00/hr | 1,032.00 |
| 11/17/16 | DRG | Revise motion to dismiss. | 6.00<br>500.00/hr | 3,000.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮ | | 0.20<br>610.00/hr | 122.00 |
| 11/17/16 | NES | Revise motion to dismiss; telephone conference with I. Satyendra regarding ▮▮▮. | 2.70<br>645.00/hr | 1,741.50 |
| 11/18/16 | RRR | Legal research regarding local and judge's rules for motions to dismiss; identify, review and preserve as-filed documents. | 0.80<br>190.00/hr | 152.00 |
| 11/18/16 | RRR | Identify, review and preserve online video and comments; research case histories and review citations and quotations in motion to dismiss for accuracy. | 2.60<br>190.00/hr | 494.00 |
| 11/18/16 | DRG | Draft Siegel Affidavit in support of motion to dismiss. | 1.10<br>500.00/hr | 550.00 |
| 11/18/16 | NES | Revise motion to dismiss. | 3.50<br>645.00/hr | 2,257.50 |
| 11/21/16 | DRG | Revise motion to dismiss to ▮▮▮▮▮▮▮▮ revise Declaration of N. Siegel; revise notice of appearance; file | 3.80<br>500.00/hr | 1,900.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | December 1, 2016 |
| I.D. 00441-077 - NES | Invoice  19105 |
| Re: Kanongatta | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | Motion to Dismiss and supporting papers; correspond with I. Satyendra and L. Kaigh regarding ██████████ correspond with opposing counsel regarding ████████ | | |
| 11/21/16 | RRR | Continue to research case histories and review citations and quotations in motion to dismiss for accuracy; identify, review and prepare exhibits to declaration of N. Siegel in support of motion to dismiss; draft correspondence to J. Kaplan and R. Liebowitz enclosing courtesy copies and audio visual exhibits; prepare tables of authority and contents for motion to dismiss; review, prepare and file Motion to Dismiss and accompanying papers. | 4.30 190.00/hr | 817.00 |
| 11/21/16 | SB | Review and revise motion to dismiss and related documents and submit courtesy copies of same per Judge Kaplan's rules. | 1.10 190.00/hr | 209.00 |
| 11/21/16 | NES | Final review of and revisions to motion to dismiss. | 0.80 645.00/hr | 516.00 |
| 11/22/16 | DRG | Review and respond to plaintiff's proposed stipulations regarding the schedule and time to respond to the motion to dismiss. | 0.20 500.00/hr | 100.00 |
| ████ | ████████████ | | ████ | 244.00 |
| 11/23/16 | NES | Exchange email with chambers regarding scheduling conference. | 0.20 645.00/hr | 129.00 |

| | | |
|---|---|---|
| Subtotal of Charges | | 23,874.50 |
| Discount/21% Rate Discount - $5,013.65; 1% E-billing Discount - $188.61 | | ($5,202.26) |
| **For professional services rendered** | **49.80** | **$18,672.24** |

| | |
|---|---|
| **Total Amount of this Bill** | **$18,672.24** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | December 1, 2016 |
| I.D. 00441-077 - NES | Invoice  19105 |
| Re: Kanongatta | Page  4 |

Previous Balance        $3,856.92

**Total Amount Due**        **$22,529.16**

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | December 1, 2016 |
| I.D. 00441-077 - NES | Invoice  19105 |
| Re: Kanongatta | Page  5 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 10.30 | 645.00 | 6,643.50 |
| Scott Bailey | 1.10 | 190.00 | 209.00 |
| Rachel F. Strom | 1.90 | 610.00 | 1,159.00 |
| Dana R. Green | 28.80 | 500.00 | 14,400.00 |
| Ryan R. Relyea | 7.70 | 190.00 | 1,463.00 |
| **Totals** | **49.80** | | **$23,874.50** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 22,529.16 | 0.00 | 22,529.16 |
| Total Paid | 0.00 | 0.00 | 0.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

January 1, 2017                                                        Invoice 19368    NES

In Reference To: 00441-077 - Kanongatta

Client: American Broadcasting

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 12/06/16 | DRG | Review docket and Judge Kaplan's individual rules. | 0.20 500.00/hr | 100.00 |
| 12/08/16 | DRG | Review proposed case management plan from opposing counsel; draft revised case management plan. | 0.50 500.00/hr | 250.00 |
| 12/08/16 | NES | Telephone conference with all defense counsel regarding ████ ████████████; review scheduling orders in other cases. | 0.50 645.00/hr | 322.50 |
| 12/09/16 | DRG | Draft notice to court regarding scheduling dispute; review local rules and federal rules regarding requirements for scheduling order; review status of other claims brought by plaintiff Kanongataa. | 1.70 500.00/hr | 850.00 |
| ████████ | | ████████████████████████ | 0.30 190.00/hr | 57.00 |
| 12/09/16 | NES | Exchange email with plaintiff's counsel regarding scheduling order; email ABC and Yahoo regarding ██████ | 1.30 645.00/hr | 838.50 |
| 12/12/16 | DRG | Prepare for hearing before Judge Kaplan. | 0.20 500.00/hr | 100.00 |

### Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Indira Satyendra, Esq. | January 1, 2017 |
| I.D. 00441-077 - NES | Invoice  19368 |
| Re: Kanongatta | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/12/16 | NES | Prepare for and attend scheduling conference. | 3.20 645.00/hr | 2,064.00 |
| 12/13/16 | DRG | Review plaintiff's requests for production and plaintiff's initial Rule 26 disclosures. | 0.90 500.00/hr | 450.00 |
| 12/13/16 | NES | Draft update to Yahoo and ABC regarding ███████; review plaintiff's discovery requests. | 0.50 645.00/hr | 322.50 |
| ███████ | | ███████████████ | ███ ███ | ███ |
| 12/17/16 | NES | Review NBC email regarding ███████████ and respond to same. | 0.20 645.00/hr | 129.00 |
| 12/22/16 | NES | Review ██████████████ and exchange email with defense counsel regarding ████. | 0.20 645.00/hr | 129.00 |
| 12/27/16 | DRG | Draft and serve Rule 26 initial disclosures; correspond with opposing counsel regarding ██████. | 1.80 500.00/hr | 900.00 |
| 12/27/16 | NES | Review and revise draft disclosures and exchange email with plaintiff's counsel regarding same; review discovery requests and motion for judgment from NBC and exchange email with defense counsel regarding ████. | 0.80 645.00/hr | 516.00 |

| | | |
|---|---|---|
| Subtotal of Charges | | 7,222.00 |
| Discount/25% Rate Adjustment - $1805.50; 1% E-Billing Discount - $57.05 = $1862.55 | | ($1,862.55) |
| **For professional services rendered** | **12.60** | **$5,359.45** |

### Disbursements

| Description | Amount |
|---|---|
| Travel | 448.28 |

**Levine Sullivan Koch & Schulz, LLP**

| Indira Satyendra, Esq. | January 1, 2017 |
|---|---|
| I.D. 00441-077 - NES | Invoice 19368 |
| Re: Kanongatta | Page 3 |

| **Description** | **Amount** |
|---|---|
| E110 Out-of-town travel | |
| | _____ |
| **Total Disbursements** | **$448.28** |
| **Total Amount of this Bill** | **$5,807.73** |

| Previous Balance | $22,529.16 |
|---|---|
| Payments: | |
| 12/31/16   Payment - Thank You - Check No. 011153548 | ($18,672.24) |
| Payor:  Disney Worldwide Services, Inc. | |
| Total Payments | ($18,672.24) |
| **Total Amount Due** | **$9,664.65** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | January 1, 2017 |
| I.D. 00441-077 - NES | Invoice  19368 |
| Re: Kanongatta | Page  4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 7.00 | 645.00 | 4,515.00 |
| Scott Bailey | 0.30 | 190.00 | 57.00 |
| Dana R. Green | 5.30 | 500.00 | 2,650.00 |
| **Totals** | **12.60** | | **$7,222.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 27,888.61 | 448.28 | 28,336.89 |
| Total Paid | 18,672.24 | 0.00 | 18,672.24 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

February 1, 2017                                                                                 Invoice 19619      NES

In Reference To:  00441-077 - Kanongatta

Client:  American Broadcasting

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 01/03/17 | DRG | Correspond with opposing counsel regarding initial disclosures; confirm deadlines for discovery. | 0.60<br>500.00/hr | 300.00 |
| 01/03/17 | NES | Exchange email with plaintiff's counsel regarding initial disclosures. | 0.20<br>645.00/hr | 129.00 |
| 01/04/17 | DRG | Review ▮▮▮▮▮▮▮▮▮▮ draft response to plaintiff's requests for production; draft requests for production and interrogatories to plaintiff. | 1.90<br>500.00/hr | 950.00 |
| 01/04/17 | NES | Exchange email with defense counsel regarding discovery strategy; review NBC motion to dismiss. | 0.50<br>645.00/hr | 322.50 |
| 01/05/17 | DRG | Telephone conference and correspondence with I. Satyendra regarding ▮▮▮▮▮▮▮▮▮. | 0.50<br>500.00/hr | 250.00 |
| 01/05/17 | NES | Continue fact-gathering, telephone conference with I. Satyendra regarding ▮▮▮▮. | 0.70<br>645.00/hr | 451.50 |
| 01/06/17 | DRG | Telephone conference with I. Satyendra and ▮▮▮▮▮▮; prepare notes of call; draft supplemental rule 26(a) disclosures; draft requests for production from Plaintiff. | 4.00<br>500.00/hr | 2,000.00 |

**Levine Sullivan Koch & Schulz, LLP**

Indira Satyendra, Esq.                                                                February 1, 2017
I.D. 00441-077 - NES                                                                Invoice  19619
Re: Kanongatta                                                                                    Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/09/17 | DRG | Draft responses to plaintiff's requests for production. | 1.80 500.00/hr | 900.00 |
| 01/09/17 | NES | Exchange email with I. Satyendra regarding ███████; telephone conference with I. Satyendra regarding ███████; review materials from ██████. | 0.80 645.00/hr | 516.00 |
| 01/10/17 | NES | Telephone conferences with ████████ regarding ███. | 0.90 645.00/hr | 580.50 |
| 01/11/17 | DRG | Revise defendants' response to plaintiff's requests for production, defendants' requests for production of documents by plaintiff, and defendants' interrogatories to plaintiff; correspond with I. Satyendra and L. Kaigh regarding ███████████ with I. Satyendra regarding ██████. | 1.80 500.00/hr | 900.00 |
| 01/11/17 | NES | Review and revise responses to document requests. | 0.70 645.00/hr | 451.50 |
| 01/12/17 | DRG | Correspond with I. Satyendra and L. Kaigh regarding ███████████; revise responses to requests for production; serve requests for production on opposing counsel. | 1.80 500.00/hr | 900.00 |
| 01/12/17 | NES | Review revisions to Yahoo document disclosures; exchange email with other defense counsel regarding ██████. | 0.50 645.00/hr | 322.50 |
| 01/13/17 | NES | Exchange email with ABC and Yahoo regarding initial ████████████; review proposed protective order. | 0.40 645.00/hr | 258.00 |
| 01/15/17 | NES | Review email and materials gathered ███████████. | 0.40 645.00/hr | 258.00 |
| 01/17/17 | DRG | Draft and serve supplemental Rule 26 disclosures. | 0.90 500.00/hr | 450.00 |
| 01/17/17 | NES | Review email regarding ████████; revise supplemental | 0.80 645.00/hr | 516.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | February 1, 2017 |
| I.D. 00441-077 - NES | Invoice  19619 |
| Re: Kanongatta | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | disclosures; exchange email with L. Kaigh regarding ████████ ████████. | | |
| 01/18/17 | DRG | Review deposition notices from plaintiff; telephone conference with co-defendants regarding ████; attend conference call with Judge Kaplan. | 0.90 500.00/hr | 450.00 |
| 01/18/17 | NES | Telephone conference with defense counsel regarding ██████; telephone conference with court regarding motion to compel; exchange email with R. Leibovitz regarding deposition notices. | 0.60 645.00/hr | 387.00 |
| 01/19/17 | NES | Review and revise defendants' discovery requests. | 0.50 645.00/hr | 322.50 |
| 01/20/17 | DRG | Revise first set of interrogatories to plaintiff; revise first set of requests for production to plaintiff; correspond with I. Satyendra and L. Kaigh regarding █████. | 1.50 500.00/hr | 750.00 |
| 01/20/17 | NES | Review memorandum in opposition to motion to dismiss. | 0.40 645.00/hr | 258.00 |
| 01/22/17 | NES | Review plaintiff's opposition and phone conference with other defense counsel to ██████. | 0.90 645.00/hr | 580.50 |
| 01/23/17 | DRG | Review Plaintiff's opposition to defendants' motion to dismiss; telephone conference with L. Kaigh regarding ██████████; draft reply in support of motion to dismiss. | 6.90 500.00/hr | 3,450.00 |
| 01/24/17 | DRG | Draft reply in support of motion to dismiss. | 9.10 500.00/hr | 4,550.00 |
| 01/24/17 | NES | Exchange email with ██████████; telephone conference with L. Keigh. | 0.30 645.00/hr | 193.50 |
| 01/25/17 | RRR | Legal research regarding local and individual rules for reply briefs. | 0.40 190.00/hr | 76.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | February 1, 2017 |
| I.D. 00441-077 - NES | Invoice  19619 |
| Re: Kanongatta | Page 4 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 01/25/17 | DRG | Revise reply in support of motion to dismiss; draft letter motion for extension of reply page limit; review ███████████████; edit and serve requests for production and interrogatories on plaintiff; correspond with ███████████. | 3.80 500.00/hr | 1,900.00 |
| 01/25/17 | NES | Review and revise reply brief; review ███████████; review notes of witness interviews. | 5.50 645.00/hr | 3,547.50 |
| 01/26/17 | RRR | Identify, review and merge revisions to motion to dismiss (.3); identify, review and preserve people.com article (.3). | 0.60 190.00/hr | 114.00 |
| 01/26/17 | DRG | Telephone conference with ███████████, telephone conferences with ███████████, correspond with ███████ and █ telephone conferences ███████; prepare notes of calls; correspond with ██████; revise draft reply. | 4.50 500.00/hr | 2,250.00 |
| 01/26/17 | NES | Revise reply brief ███████████; review results of witness interviews. | 1.50 645.00/hr | 967.50 |
| 01/27/17 | RRR | Research case histories and review citations and quotations in reply in support of motion to dismiss for accuracy (2.1); identify, review and file reply in support of motion to dismiss (.5). | 2.60 190.00/hr | 494.00 |
| 01/27/17 | DRG | Correspond with co-defendants regarding ███████████, revise draft reply; telephone conference with ███████████. | 2.50 500.00/hr | 1,250.00 |
| 01/27/17 | NES | Exchange email with plaintiff's counsel regarding deposition scheduling; final review of reply brief and exchange email with other defense counsel regarding ████. | 0.50 645.00/hr | 322.50 |
| 01/30/17 | DRG | Review plaintiff's motion for permission to file a sur-reply; correspond with ███████████. | 0.70 500.00/hr | 350.00 |

**Levine Sullivan Koch & Schulz, LLP**

Indira Satyendra, Esq.                                                    February 1, 2017
I.D. 00441-077 - NES                                                      Invoice  19619
Re: Kanongatta                                                           Page 5

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 01/30/17 | NES | Review letter motion to surreply and exchange email with defense counsel regarding ▮▮▮▮▮▮▮▮. | 0.20 645.00/hr | 129.00 |
| 01/31/17 | NES | Exchange email with L. Kaigh and plaintiff's counsel regarding ▮▮▮▮▮▮▮▮, review court orders and exchange email with ABC and Yahoo regarding ▮▮▮▮. | 0.30 645.00/hr | 193.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Subtotal of Charges |  |  | 32,991.00 |
|  | Discount/21% Rate Discount - $6928.11; 1% E-billing Discount - $260.63 = $7188.74 |  |  | ($7,188.74) |
|  | **For professional services rendered** |  | **63.40** | **$25,802.26** |

| | | |
|---|---|---|
| **Total Amount of this Bill** | | **$25,802.26** |

| | | |
|---|---|---|
| Previous Balance | | $9,664.65 |
| Payments: | | |
| 01/18/17   Payment - Thank You - Check No. 011161876 | | ($3,856.92) |
| Payor:  Disney Worldwide Services, Inc. | | |
| Total Payments | | ($3,856.92) |
| **Total Amount Due** | | **$31,609.99** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | February 1, 2017 |
| I.D. 00441-077 - NES | Invoice  19619 |
| Re: Kanongatta | Page  6 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 16.60 | 645.00 | 10,707.00 |
| Dana R. Green | 43.20 | 500.00 | 21,600.00 |
| Ryan R. Relyea | 3.60 | 190.00 | 684.00 |
| **Totals** | **63.40** | | **$32,991.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 53,690.87 | 448.28 | 54,139.15 |
| Total Paid | 22,529.16 | 0.00 | 22,529.16 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

March 1, 2017                                                         Invoice  20232      NES

In Reference To:  00441-077 - Kanongatta

Client:  American Broadcasting

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/02/17 | DRG | Correspond with ███████ | 0.20<br>500.00/hr | 100.00 |
| 02/02/17 | NES | Exchange email with L. Kaigh regarding ████. | 0.10<br>645.00/hr | 64.50 |
| 02/03/17 | DRG | Prepare for and attend telephone conference with █████ and ████████; prepare for and attend telephone conference with ████████; telephone conferences with █ ; draft notes of calls; correspond with █████ regarding ████████; correspond with █████████ ███████; draft summary of research; correspond with I. Satyendra and G. Macek regarding █████. | 3.20<br>500.00/hr | 1,600.00 |
| 02/03/17 | NES | Review update on fact investigation. | 0.20<br>645.00/hr | 129.00 |
| 02/07/17 | NES | Exchange email with plaintiff's counsel regarding deposition scheduling; prepare for oral argument. | 0.70<br>645.00/hr | 451.50 |
| 02/08/17 | DRG | Prepare materials for oral argument. | 1.50<br>500.00/hr | 750.00 |
| 02/08/17 | DRG | Conference call with NBC, COED regarding █████████ ████. | 0.20<br>500.00/hr | 100.00 |
| 02/08/17 | NES | Prepare key points for argument and telephone conference with | 1.40<br>645.00/hr | 903.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | March 1, 2017 |
| I.D. 00441-077 - NES | Invoice  20232 |
| Re: Kanongatta | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | co-counsel regarding ▮▮▮. | | |
| 02/14/17 | NES | Prepare for hearing. | 1.50 645.00/hr | 967.50 |
| 02/15/17 | SB | Research, and telephone conferences with court reporters, regarding obtaining transcript of hearing on motion to dismiss. | 0.20 190.00/hr | 38.00 |
| 02/15/17 | NES | Attend oral hearing; telephone conference with I. Satyendra and L. Kaigh regarding results; exchange email with defense counsel regarding ▮▮▮▮▮▮. | 4.20 645.00/hr | 2,709.00 |
| 02/16/17 | NES | Review transcript of hearing; research recent caselaw on attorneys' fees applications; exchange email with I. Satyendra regarding ▮▮; exchange email with other defense counsel regarding ▮▮. | 2.10 645.00/hr | 1,354.50 |
| 02/17/17 | NES | Telephone conference with I. Satyendra and A. Lipkind regarding ▮▮▮▮. | 0.70 645.00/hr | 451.50 |
| 02/21/17 | NES | Exchange email and telephone conference with A. Lipkind regarding ▮▮▮▮; review media accounts of Kanon for fees motion. | 0.50 645.00/hr | 322.50 |
| 02/21/17 | DRG | Research ▮▮▮▮▮; factual research regarding ▮▮▮▮▮. | 2.10 500.00/hr | 1,050.00 |
| 02/22/17 | DRG | Conference call with co-defendants regarding ▮▮▮; prepare exhibits to fees application. | 2.10 500.00/hr | 1,050.00 |
| 02/22/17 | NES | Telephone conference with defense counsel regarding ▮▮▮▮▮. | 0.40 645.00/hr | 258.00 |
| 02/24/17 | NES | Review NBC draft declaration and history of ABC settlement correspondence. | 0.30 645.00/hr | 193.50 |

**Levine Sullivan Koch & Schulz, LLP**

| Indira Satyendra, Esq. | March 1, 2017 |
|---|---|
| I.D. 00441-077 - NES | Invoice 20232 |
| Re: Kanongatta | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/26/17 | DRG | Draft declaration in support of fees and sanctions. | 2.50 500.00/hr | 1,250.00 |
| 02/26/17 | NES | Review and revise declaration for attorneys' fees motions. | 0.50 645.00/hr | 322.50 |
| 02/28/17 | DRG | Review draft motion for fees; correspond with L. Kaigh regarding ███████████. | 0.70 500.00/hr | 350.00 |
| 02/28/17 | NES | Review and revise NBC drafts of attorneys' fees motion and discuss same with ███████. | 3.20 645.00/hr | 2,064.00 |

|  |  |  |
|---|---|---|
| Subtotal of Charges |  | 16,479.00 |
| Discount/21% Rate Discount - $3460.59; 1% E-billing Discount - $130.18 = $3590.77 |  | ($3,590.77) |
| **For professional services rendered** | **28.50** | **$12,888.23** |

**Disbursements**

| Description | Amount |
|---|---|
| Travel | 216.26 |
| E110 Out-of-town travel |  |
| Transcript Fees | 299.70 |
| E118 Litigation support vendors |  |
| **Total Disbursements** | **$515.96** |

| **Total Amount of this Bill** | **$13,404.19** |
|---|---|

| Previous Balance | $31,609.99 |
|---|---|
| Payments: |  |
| 03/03/17   Payment - Thank You - Check No. 011216665 Payor: Disney Worldwide Services, Inc. | ($5,359.45) |
| 03/03/17   Payment - Thank You - Check No. 011216665 Payor: Disney Worldwide Services, Inc. | ($448.28) |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | March 1, 2017 |
| I.D. 00441-077 - NES | Invoice  20232 |
| Re: Kanongatta | Page 4 |

Payments:

Total Payments                                                                ($5,807.73)

**Total Amount Due**                                                    **$39,206.45**

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | March 1, 2017 |
| I.D. 00441-077 - NES | Invoice  20232 |
| Re: Kanongatta | Page  5 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 15.80 | 645.00 | 10,191.00 |
| Scott Bailey | 0.20 | 190.00 | 38.00 |
| Dana R. Green | 12.50 | 500.00 | 6,250.00 |
| **Totals** | **28.50** | | **$16,479.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 66,579.10 | 964.24 | 67,543.34 |
| Total Paid | 22,529.16 | 0.00 | 22,529.16 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

April 1, 2017                                                      Invoice  20602      NES

In Reference To:  00441-077 - Kanongatta

Client:  American Broadcasting

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 03/01/17 | DRG | Finalize and file motion for sanctions and all supporting documents. | 1.80 500.00/hr | 900.00 |
| 03/01/17 | NES | Complete declarations for attorneys' fees motion; exchange email and telephone conferences with A. Lipkind & I. Satyendra regarding ▮▮▮▮ | 0.80 645.00/hr | 516.00 |
| 03/02/17 | RRR | Identify, review, preserve, and ship as-filed motion for attorneys fees. | 0.40 190.00/hr | 76.00 |
| 03/07/17 | NES | Exchange email regarding remaining briefing schedule. | 0.10 645.00/hr | 64.50 |
| 03/09/17 | NES | Review and executed stipulation for briefing schedule. | 0.20 645.00/hr | 129.00 |
| 03/31/17 | NES | Review opposition to motion for attorneys' fees and ▮▮▮▮ ▮▮▮▮. | 0.50 645.00/hr | 322.50 |
| 03/31/17 | DRG | Review opposition to motion for fees. | 0.50 500.00/hr | 250.00 |

| | | |
|---|---|---|
| Subtotal of Charges | | 2,258.00 |
| Discount / 21% Rate Discount - $474.18; 1% E-Billing Discount - $17.84 | | ($492.02) |

**Levine Sullivan Koch & Schulz, LLP**

Indira Satyendra, Esq.                                                        April 1, 2017
I.D. 00441-077 - NES                                                      Invoice  20602
Re: Kanongatta                                                                      Page 2

| | | |
|---|---|---|
| **For professional services rendered** | **4.30** | **$1,765.98** |
| **Total Amount of this Bill** | | **$1,765.98** |
| Previous Balance | | $39,206.45 |
| **Total Amount Due** | | **$40,972.43** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Indira Satyendra, Esq. | April 1, 2017 |
| I.D. 00441-077 - NES | Invoice  20602 |
| Re: Kanongatta | Page  3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.60 | 645.00 | 1,032.00 |
| Dana R. Green | 2.30 | 500.00 | 1,150.00 |
| Ryan R. Relyea | 0.40 | 190.00 | 76.00 |
| **Totals** | **4.30** | | **$2,258.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 68,345.08 | 964.24 | 69,309.32 |
| Total Paid | 27,888.61 | 448.28 | 28,336.89 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Indira Satyendra, Esq.
ABC, Inc.
77 West 66 Sreet, 15th Fl
New York, NY 10023-6298

May 1, 2017                                                                Invoice  21483      NES

In Reference To:  00441-077 - Kanongatta

Client:  American Broadcasting

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 04/03/17 | DRG | Conference call with co-Defendants to ▮▮▮▮ ▮▮. | 0.40<br>500.00/hr | 200.00 |
| 04/03/17 | NES | Review opposition to fees' motion; draft outline for response and conference call with other defense counsel regarding ▮▮▮. | 1.80<br>645.00/hr | 1,161.00 |
| 04/05/17 | DRG | Review draft reply in support of fees. | 0.80<br>500.00/hr | 400.00 |
| 04/06/17 | NES | Revise NBC draft of reply addressing attorneys' fees; review key cases. | 3.60<br>645.00/hr | 2,322.00 |
| 04/06/17 | DRG | Revise draft reply; correspond with I. Satyendra and L. Kaigh regarding ▮▮▮. | 0.50<br>500.00/hr | 250.00 |
| 04/07/17 | DRG | Review and file reply in support of fees. | 0.40<br>500.00/hr | 200.00 |
| 04/07/17 | BCE | Finalize and file joint reply memorandum. | 0.70<br>190.00/hr | 133.00 |

|  |  |  |
|---|---|---|
| Subtotal of Charges | | 4,666.00 |
| Discount/ 21% Rate Discount - $979.86; 1% E-billing Discount - $36.76 = $1016.62 | | ($1,016.62) |

| **For professional services rendered** | **8.20** | **$3,649.38** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Indira Satyendra, Esq. | May 1, 2017 |
| I.D. 00441-077 - NES | Invoice  21483 |
| Re: Kanongatta | Page  2 |

**Total Amount of this Bill**                 **$3,649.38**

Previous Balance               $40,972.43

**Total Amount Due**                **$44,621.81**

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Indira Satyendra, Esq. | May 1, 2017 |
| I.D. 00441-077 - NES | Invoice 21483 |
| Re: Kanongatta | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 5.40 | 645.00 | 3,483.00 |
| Brian C. Earl | 0.70 | 190.00 | 133.00 |
| Dana R. Green | 2.10 | 500.00 | 1,050.00 |
| **Totals** | **8.20** | | **$4,666.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 71,994.46 | 964.24 | 72,958.70 |
| Total Paid | 27,888.61 | 448.28 | 28,336.89 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605