UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
KALI KANONGATAA,           :  ECF Case
          Plaintiff,    :
                         :  Case No. 1:16-cv-07382 (LAK)
    -against-      :
                         :  **DECLARATION OF DANA R. GREEN**
AMERICAN BROADCASTING COMPANIES,    :
INC. AND YAHOO! INC.,      :
          Defendants.   :
------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Dana R. Green, declare as follows:

1. I am an attorney admitted to practice in this Court.

2. I am associated with the law firm of Levine Sullivan Koch & Schulz, LLP (the "Firm"), and had entered a notice of appearance as counsel of record in the above-captioned action on behalf of Defendants in this action.

3. The Court dismissed this case in February 2017 and Defendants motions for attorney fees are awaiting a response from plaintiff.

4. Nathan Siegel, lead counsel for Defendants, left the Firm as of August 1, 2017, and will continue representing Defendants as a member of the firm Davis Wright Tremaine LLP. I therefore respectfully request that the Court grant leave for me to with withdraw as counsel of record for Defendants.

5. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2017.

                                            *s/ Dana R. Green*
                                            Dana R. Green