AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>16-cv-7382   9/22/2016 | United States District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kali Kanongataa | American Broadcasting Companies, Inc. and Yahoo! Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA 1-995-583 | Facebook Live Birth | Kali Kanongataa |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☑ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>10/10/2017 |
|---|---|---|
| CLERK<br>RUBY J. KRAJICK | (BY) DEPUTY CLERK | DATE<br>11/17/2017 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print   Save As...   Reset

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KALI KANINGATAA.,

                Plaintiff,            16 **CIVIL** 7382 (LAK)

    -against-

AMERICAN BROADCASTING COMPANIES,    **JUDGMENT FOR**
et ano.,    **ATTORNEY'S FEES**

                Defendant.
-----------------------------------------------------------------X

KALI KANINGATAA.,

                Plaintiff,            16 **CIVIL** 7383 (LAK)

    -against-

NBCUNIVERSAL MEDIA, LLC,
                Defendant.
-----------------------------------------------------------------X

KALI KANINGATAA.,

                Plaintiff,            16 **CIVIL** 7472 (LAK)

    -against-

COED MEDIA GROUP, LLC,
                Defendant.
-----------------------------------------------------------------X

        Whereas these copyright infringement actions have been dismissed by the Court, which subsequently granted defendants' joint motion for awards of attorney's fees pursuant to Section 505 of the Copyright Act; defendants' having moved to fix the amounts of the fee awards, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on October 4, 2017, having rendered its Memorandum and Order granting defendants' respective motions [16-cv-7382 DI 46; 16-CV-7383 DI 59; 16-CV-7472 DI 38] in all respects, and directing the Clerk to enter judgment as follows:

    No. 16-cv-7382    -    Defendants American Broadcasting Companies, Inc. and

                                      Yahoo!Inc. jointly shall recover of plaintiff the sum of

|  |  | $60,000.00 |
|---|---|---|
| No. 16-cv-7383 | - | Defendant NBCUniversal, Media, LLC shall recover of Plaintiff the sum of $30,630. |
| No. 16-cv-7472 | - | Defendant COED Media Group, LLC shall recover of Plaintiff the sum of $30,839; it is, |

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 4, 2017, the defendants' respective motions [16-cv-7382 DI 46; 16-CV-7383 DI 59; 16-CV-7472 DI 38] are granted in all respects; accordingly, judgment is entered as follows:

| No. 16-cv-7382 | - | Defendants American Broadcasting Companies, Inc. and Yahoo!Inc., jointly shall recover of plaintiff the sum of $60,000.00 |
|---|---|---|
| No. 16-cv-7383 | - | Defendant NBCUniversal, Media, LLC shall recover of Plaintiff the sum of $30,630. |
| No. 16-cv-7472 | - | Defendant COED Media Group, LLC shall recover of Plaintiff the sum of $30,839. |

**Dated:** New York, New York
October 10, 2017

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

WAS ENTERED
10/10/2017